IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00365-MSK-PAC

MICHAEL ANDRE CRUMPTON,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA,
UNITED STATES ATTORNEY'S OFFICE,
DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

     Defendant(s).

_____

### ORDER
_____

**Patricia A. Coan, Magistrate Judge**

     Upon review of the pending referred motions in this pro se prisoner case, IT IS HEREBY

     **ORDERED** that plaintiff's "motion for extension of time to file response to defendant's motion to dismiss. Fed.R. Civ. 15," doc. # 26, filed August 11, 2005 and referred September 12, 2005, is **denied** as moot. Plaintiff filed his response to the motion to dismiss on August 29, 2005, which shall be accepted as a timely filing. It is further

     **ORDERED** that plaintiff's "Motion to supplement/amend complaint and or modify; pursuant to Fed. R. Civ.P. 15(a) & 60(b)," doc. #27, filed August 11, 2005, and referred August 12, 2005, is **granted**. Plaintiff timely filed his motion to amend and defendants

have not filed any response, so the motion is uncontested.  It is further

**ORDERED** that plaintiff's "Motion to supplement complaint/claim Fed. R.Civ. P. 15," doc. #31, filed September 14, 2005 and referred September 14, 2005, is **denied** as untimely.  The deadline for joinder and amendment of pleadings was September 9, 2005.  See August 2, 2005 Courtroom Minutes/Minute Order.  It is further

**ORDERED** that plaintiff shall file an **amended complaint** in which he sets forth all of the claims he wishes to pursue against the defendants named in the original complaint and in the August 11, 2005 motion to supplement/amend **in a single document** no later than **October 27, 2005**.  Plaintiff is **not** to include the claims in his September 14, 2005 Motion to supplement complaint/claim.  It is further

**ORDERED** that defendants shall advise the court whether the amended complaint, ordered to be filed on or before October 27, 2005, moots their motion to dismiss filed July 25, 2005, within **ten days of receipt** of the amended complaint.  It is further

**ORDERED** that defendants' answers or other responsive pleadings to the amended complaint ordered herein are due on or before **twelve days after receipt** of the amended complaint.

Dated October 5, 2005.

By the Court:

s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge .