IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00365-MSK-PAC

MICHAEL ANDRE CRUMPTON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES ATTORNEY'S OFFICE,
DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

      Defendant.

_____

## ORDER TO SET FOR TRIAL
_____

    **ORDERED** that Plaintiff and Defendants shall, contact Chambers at (303) 335-2289 on

**December 7, 2005 at 10:00 a.m.** to set the above matter for a one (1) day trial to the court.

    DATED this 16th day of November, 2005.

                    **BY THE COURT:**

                    _Marcia S. Krieger_
_____

                    Marcia S. Krieger
                    United States District Judge