IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00365-MSK-PAC

MICHAEL ANDRE CRUMPTON,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES ATTORNEY'S OFFICE,
DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

       Defendant.

_____

**ORDER**
_____

       Pursuant to Plaintiff's Motion/Notice to Dismiss **(#43)** and Response **(#46)** pursuant to Fed. R. Civ. P. 41 (a)(1)(I), and Defendants' uncontested response, it is accordingly

       ORDERED that the case is dismissed without prejudice with each party to pay its own costs and attorneys' fees.

       DATED this 5th day of December, 2005.

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge